UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:  **MICHAEL & GLORIA NIHART**

Case #: 11-07822-jdg
Chapter 13

Debtor(s)

Hon. Judge Gregg

Filed: 7/22/2011

## CHAPTER 13 PLAN (AMENDMENT)

The original Chapter 13 Plan is amended as follows, and that any and all provisions of the original plan that are not specifically amended herein, shall remain in full force and effect.

(  ) Original or ( X )Amendment No.:__1___  ( X)Pre-Confirmation (   )Post- Confirmation

**I.**

B. **PLAN PAYMENT**  The Debtor submits all or such portion of the Debtor's future income to the control of the Trustee as in, or may be necessary for the execution of the Plan. The Debtor, or the Debtor's employer shall pay to the Trustee the sum of **$1,182** per (  )week, (  )bi-weekly, (  )semi-monthly, **(X) monthly**, or (  ) other.  (If proposing a step payment or a liquidating Plan, mark "Other" and the provide terms in "Other Plan Provisions" as set forth below.  ***Pursuant to 11 U.S.C. §1326 the Debtor shall commence making payments not later than 30 days after the date of the filing of the Plan or the Order for Relief, whichever is earlier.***

The Debtor shall submit all disposable income directly to the control and supervision of the Trustee. If the Debtor becomes 30 days delinquent in making payments under the Plan, the Trustee may submit a payroll order to the Clerk with an appropriate affidavit (copies to the Debtor and Debtor's counsel) and the Court may enter the payroll order without further hearing.  The Debtor shall notify the Trustee immediately of any change of employment until the Plan is completed.

*( X )* **Other Plan Payment Provisions:**

Upon auto loan being paid off in full, in **August 2013**, the monthly plan payment shall increase to **$1,672 per month**.

**II.  C.**

2. <u>**Real Property Subject To A Lien**</u>:

   a. <u>**Residential Real Property:  Post Petition Mortgage Payments & Pre Petition Arrears.**</u>

| Creditor Name | Pd I/S or O/S | Est. Ongoing Pymt | Est. Arrear |
|---|---|---|---|
| **Beneficial Finance** (1st and 2nd Mortg.) | I/S (paid by the plan - Inside) | 1st- $631.98 & 2nd- $145 (per Mo.) | $6,193.55 & $631.75 |

The following is the common address and the tax id parcel # for the Debtor's residential real property:
**16100 FAWN RIVER RD., WHITE PIGEON, MI 49099**


Date:       9/21/2011                       __/S/ MICHAEL NIHART _____
                                             MICHAEL NIHART, Debtor

Date:       9/21/2011                       __/S/ GLORIA NIHART _____
                                             GLORIA NIHART, Debtor

Date:       9/21/2011                       _/S/ Paul F. Gipson_____
                                             Paul F. Gipson (P54963)
                                             Attorney For Debtors