UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re: **MICHAEL & GLORIA NIHART**

Case #: 11-07822-jdg
Chapter 13

Debtor(s)

Hon. Judge Gregg

Filed: 7/22/2011

## CHAPTER 13 PLAN (AMENDMENT)

The original Chapter 13 Plan is amended as follows, and that any and all provisions of the original plan and amendments thereto, that are not specifically amended herein, shall remain in full force and effect.

( ) Original or ( X )Amendment No.:__2___ ( X)Pre-Confirmation ( )Post- Confirmation

**III.**

    **C.**

        **4.** **Collateral to Be Surrendered:** The following collateral will be surrendered to the creditor; the stay shall be terminated effective upon entry of the order confirming plan; and any deficiency shall be treated as a general unsecured claim:

| **Creditor** | **Collateral Description** |
|---|---|
| **Springleaf Financial Services** a/k/a American General | **1998 Ford F Pick Up Truck** VIN # XXXX6135 |

Date:    10/13/2011                        __/S/ MICHAEL NIHART _____
                                            MICHAEL NIHART, Debtor

Date:    10/13/2011                        __/S/ GLORIA NIHART _____
                                            GLORIA NIHART, Debtor

Date:    10/13/2011                        _/S/ Paul F. Gipson_____
                                            Paul F. Gipson (P54963)
                                            Attorney For Debtors